HYDRAULIC RACE COMPANY, Respondent, *v.* FREDERICK S. GREENE, Individually and as Superintendent of Public Works of the State of New York, et al., Appellants, Impleaded with Others.

(Argued June 15, 1931; decided July 15, 1931.)

*John J. Bennett, Jr., Attorney-General (Paul Shipman Andrews* and *Charles A. Russell* of counsel), for appellants.

*Henry W. Killeen, Warren Tubbs* and *Francis J. Maloney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: POUND, J.